UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number 02-10061 CIV-KING

MAGISTRATE JUDGE
O'SULLIVAN

BRIAN EVANS,

Plaintiff

vs.

SHERIFF R. ROTH, sued in his individual
And official capacity, DETECTIVE L.
CHRISTINE SCOTT, sued in her individual
and official capacity, THE MONROE COUNTY
SHERIFF'S DEPARTMENT, et al.



FILED by _____ D.C.

AUG 8 2002

CLARENCE MADDOX
CLERK U.S DIST. CT.
S.D. OF               WEST

### CIVIL RIGHTS COMPLAINT

*Preliminary Statement:*

    This is a civil rights complaint filed by BRIAN EVANS, a citizen of the United States, for damages and injunctive relief under 42 U.S.C. 1983, alleging violations of Fourth, and Fourteenth Amendment to the United States Constitution, usurping Plaintiff's Constitutional rights to be free from illegal search and seizure, and equal protection under the law. The plaintiff also alleges the torts of theft and perjury.

*Jurisdiction:*

1. This court has jurisdiction over the Plaintiffs' claims of violation of constitutional rights under 42 U.S.C. 1331(a) and 1343.

2. This Court has supplemental jurisdiction over the state law tort claims under 28 U.S.C. 1367.



*Parties:*

3. The plaintiff, BRIAN EVANS, without prior foreknowledge, and in his absence from the premises (to be more carefully described later) was subjected to the execution of an unconstitutional, illegally executed and obtained search warrant of his personal, residential premises.

4. Defendant, SHERIFF R. ROTH, as the supervisor of the agency obtaining and executing this illegal (in all forms) search, should have reasonably known that his department was acting outside the scope of the constitutional right guaranteed the plaintiff herein, and is, thus, culpable in the illegal acts of his subordinates.

5. Defendant, Detective (Deputy) CHRISTINE L. SCOTT, committed perjurious acts in obtaining the search warrant, violated the scope of the search warrant she illegally, unconstitutionally obtained, and executed the illegal warrant in excess of her official capacity under the color of law.

*Facts:*

6. On two separate an distinct occasions, defendant, DETECTIVE CHRISTINE L, SCOTT, made deliberately deceiving, false, perjurious statements to Judge Susan Vernon, Judge in and for Monroe County, Florida, in order to obtain a search warrant on Plaintiffs' personal premises.

7. Said warrant having been coercively issued by Judge Vernon, Defendants then illegally executed the warrant against the Plaintiffs' premises, in his absence, knowing that he was absent.

8. The Defendants, and all of them *then* acted outside the scope of the illegally obtained warrant by searching and seizing items *outside the scope* of the warrant, which they had unconstitionally, illegally obtained in the first place.

*Misuse of Authority and power:*

9. Defendants, and all of them, acted outside of their authority and the color of law granted them by the State of Florida, and the Constitution of The United States of America, with malice of forethought and illegal intent.

10. Thus, these Defendants, and all of them have violate the Constitutional and civil rights of the Plaintiff herein.

11. Therefore, the Plaintiffs' rights under the Fourth and Fourteenth Amendment of the United States Constitution have been violated, irrepably.

*Relief Requested:*

WHEREORE, The Plaintiff requests that the Court grant the following relief:

A. Issue a declaratory judgment stating that:

   1. The Plaintiffs' constitutional rights have been violated by the defendants herein under the Fourth and Fourteenth Amendments of Constitution.

   2. Defendant, L. CHRISTINE SCOTT, acted imperiously, perjuriously and in violation of the Plaintiffs' civil and constitutional rights

   3. That Defendant SHERIFF R. ROTH, should have reasonably known and properly supervised his underlings.

   4. That as yet unknown Defendants John Does be declared to the Court upon discovery of same, and that Plaintiff be allowed to amend this complaint in a timely manner pursuant to FRCP 14(a).

B. Issue an injunction immediately ordering the Defendants, and all of them, to immediately return the illegally seized property belonging to the Plaintiff.

C. Award compensatory damages, jointly and severally in the following amounts:

   1. Jointly and severally against the defendants, and all of them in the amount of One Million Dollars ($1,000,000.).

   2. Jointly and severally against the defendants, and all of them, for the crimes of perjury the amount of One Million Dollars ($1,000,000.)

D. Award punitive damages against the defendants, and all of them, jointly and severally in the amount of Three Million Dollars ($3,000,000.)

E. Grant other and such relief as the Court may deem just and proper.

F. Order a hearing on any issues of question at the Court's most appropriate schedule.

G. Enjoin the defendants, and all of them, from any further unconstitutional, illegal or harassing acts against the Plaintiff herein.

H. Grant the Plaintiff herein the latitude of a *Pro Se* litigant.

Respectfully Submitted:

*[signature]*

BRIAN EVANS, Plaintiff, *Pro Se*
277 Duck Hollow Street
Las Vegas, Nevada  89148

August 6th, 2002

## VERIFICATION

I, Brian Evans, Plaintiff *Pro Se* in the foregoing pleadings hereby swear under the penalties of perjury that the pleadings are true and correct. Signed this 6th day of August, 2002 in Las Vegas, Nevada.

_____
BRIAN EVANS, Plaintiff, *Pro Se*

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

02-10061 CIV-KING
MAGISTRATE JUDGE
O'SULLIVAN

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
BRIAN EVANS, Pro Se

**DEFENDANTS**
SHERIFF R. ROTH
DET. L. CHRISTINE SCOTT
MONROE CO. SHERIFF'S DEPT.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
BRIAN EVANS, Pro Se
277 DUCK HOLLOW ST.
LAS VEGAS, NV. 89148

ATTORNEYS (IF KNOWN)
UNKNOWN

FILED by ___ D.C.
AUG 8 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. — WEST

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 365 Personal Injury — Product Liability | | | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☒ 440 Other Civil Rights | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | |
| | | ☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

42 U.S.C. § 1983

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions): NONE
JUDGE _____ DOCKET NUMBER _____

DATE: 6 AUGUST 2002
SIGNATURE OF ATTORNEY OF RECORD: Brian Evans PRO SE

**FOR OFFICE USE ONLY**
RECEIPT # 221293 AMOUNT 150 APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____