UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 02-10061-CIV-KING/O'SULLIVAN

BRIAN EVANS,

        Plaintiff,

vs.

DETECTIVE L. CHRISTINE SCOTT,
individually,

        Defendant.
_____/

FILED by SD D.C.
DEC 21 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## JUDGMENT

**THIS ACTION,** having come to be heard before the Court, and the Court having issued its Order granting Defendant Scott's Verified Motion to Tax Costs in favor of Defendant Scott, as against the Plaintiff Brian Evans in the sum of $5,515.14 it is

**ORDERED AND ADJUDGED:**

1.    That Defendant CHRISTINE SCOTT recover from Plaintiff BRIAN EVANS, costs in the sum of $5,515.14, for all of which let execution issue forthwith.

DATED this _____21_____ day of _____Dec_____, 2004.

                                                JAMES LAWRENCE KING, Senior Judge
                                                U.S. District Judge

copies furnished to:
Michael J. Stephenson, Esq.
Brian Evans, pro se