Brian Evans

9132 Hombard Avenue

Las Vegas, NV 89148

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF SOUTHERN FLORIDA

Brian Evans

Plaintiff, Pro Se

v.

Detective Christine Scott,

Defendant

**NOTICE OF NEW ADDRESS**

**Case No. 4:02-CV-10061**

Below is my new mailing address regarding this case.

RESPECTFULLY SUBMITTED this 16th day of March, 2005.

_____

Brian Evans

9132 Hombard Avenue

Las Vegas, NV 89148

### CERTIFICATE OF SERVICE

I, Brian Evans, hereby certify that a true and correct copy of the foregoing document was served on March 16th, 2005 on each of the persons listed below:

Brian Evans

9132 Hombard Avenue

Las Vegas, NV 89148

**Michael John Stephenson**
Purdy, Jolly & Giuffreda
The International Building

_____

Brian Evans - Pro Se Litigant